# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| **HERITAGE MEMORIAL FUNDING, LLC,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY** ) <br> ) <br> **Defendant.** | **CIVIL ACTION NO.:** <br><br> **1:17-CV-00139-SA-DAS** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Heritage Memorial Funding, LLC ("Plaintiff"), and Defendant, Hartford Life and Accident Insurance Company ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 6th day of September, 2017

MAYNARD, COOPER & GALE, P.C

By: *Lee A. Durrett*
Lee A. Durrett (MSB No. 99573)
P.O. Box 2999
Tupelo, MS 38803

*Attorney for Plaintiff Heritage Memorial Funding, LLC*

By: *Ollie A. Cleveland, III*
Ollie A. Cleveland, III (MSB No. 101178)
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203-2618

*Attorney for Hartford Life and Accident Insurance Company*

04149326.1